IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01002-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.177.245.33,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) on July 30, 2013, (ECF No. 13), it is

ORDERED that Defendant John Doe, assigned the IP Address 67.177.245.33, is **DISMISSED WITH PREJUDICE**, and this case is terminated.

Dated:  July 30, 2013

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge